**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-2097**

———————

RAJAEE A. POOLER,

Plaintiff - Appellant,

versus

SUPERVALU HOLDINGS, INCORPORATED,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert E. Payne, District
Judge.  (CA-03-275-3)

———————

Submitted:  January 28, 2005      Decided:  February 17, 2005

———————

Before WIDENER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Rajaee A. Pooler, Appellant Pro Se.  Charles Garrison Meyer, III,
Vijay Kumar Mago, LECLAIR RYAN, P.C., Richmond, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rajaee A. Pooler appeals the district court's order adopting the reasoning set forth in the magistrate judge's report and recommendation, and granting summary judgment in favor of Supervalu Holdings, Inc. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Pooler v. Supervalu Holdings, Inc., No. CA-03-275-3 (E.D. Va. July 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED